IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01551-RPM-KMT

MARISA BAXTER,

    Plaintiff,

v.

SILVERMAN & BORENSTEIN, PLLC,

    Defendant.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation of Dismissal with Prejudice [17] filed October 19, 2012, it is

ORDERED that this action is dismissed with prejudice, each party to bear their attorney fees and costs.

DATED:   October 22nd, 2012

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge